United States District Court
Southern District of Texas
**ENTERED**
December 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JEREMY LADON BUSBY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00215 |
| § | |
| JERRY J SANCHEZ, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Jeremy Ladon Busby filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 on or about February 28, 2023 in the Wichita Falls Division of the Northern District of Texas. (D.E. 1). In his original complaint, Plaintiff presented multiple claims against over 70 TDCJ employees located at four different prison units. Therefore, his claims were severed into separate actions according the TDCJ units where the incidents occurred. (D.E. 2). Plaintiff's claims against those employees working at the McConnell Unit in Beeville, Texas were transferred to this Court and the case was referred to the undersigned for case management pursuant to 28 U.S.C. § 636.

Construing his complaint liberally, Plaintiff appears to allege retaliation claims against certain staff members. However, Plaintiff's complaint alleges only a few, conclusory facts and does not assert claims rising to the level of a violation of his constitutional rights. Therefore, on October 30, 2023, Plaintiff was ordered to submit an

amended complaint. (D.E. 19). The undersigned explained what allegations and facts should be included in the amended complaint. (D.E. 19, Page 6). Additionally, Plaintiff was cautioned that his complaint was currently deficient and his claims were subject to dismissal. (D.E. 19).

To date, Plaintiff has failed to comply. Therefore, it is respectfully recommended that Plaintiff's case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the inherent authority to *sua sponte* dismiss a cause of action for failure to prosecute or failure to comply with any court order).

ORDERED on December 8, 2023.

Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).